IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA


UNITED STATES OF AMERICA,      : Civil No. 1:07CV00808
        Plaintiff,      :
                :
      v.           :
                :
$11,309.00 in U.S. CURRENCY,     :
        Defendant.     :

## ENTRY OF DEFAULT

IT APPEARING that all persons and entities having any interest in the defendant property are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Default is hereby entered against all persons and entities having any interest in the defendant property.

This the 9th day of January, 2008.


                       /s/ John S. Brubaker
                      CLERK, U.S. DISTRICT COURT